Dismissed and Memorandum Opinion filed March 23, 2006









Dismissed and Memorandum Opinion filed March 23, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00184-CV

____________

 

BROOKER INCORPORATED,
Appellant

 

V.

 

INTERNATIONAL
COMMODITY CARRIERS, INC. AND 

MIKE OGASHI D/B/A MC
TRANSPORTATION, INC., Appellees

_________________________________________________________

 

On Appeal
from the 334th District Court

Harris County,
Texas

Trial
Court Cause No. 05-40335

_________________________________________________________

 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order sustaining
International Commodity Carrier=s, Inc.=s amended special appearance signed
January 6, 2006.  On March 14, 2006,
appellant filed a motion to dismiss the appeal. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 23, 2006.

Panel consists of Chief Justice Hedges and
Justices Yates and Guzman.